IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, et al.,<br><br>Defendants. | Case No. 4:23-cv-00028-BMM<br><br>**ORDER APPROVING STIPULATION AND GRANTING STAY** |

The Parties having filed a stipulation and unopposed motion for a stay and good cause appearing, this Court hereby APPROVES the terms of the Parties' stipulation and ORDERS:

1. Defendants will not take any action to apply, effectuate, or enforce the provisions of House Bill 576 or Senate Bill 392 for 210 days from the date of this Order.

2. Briefing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is hereby STAYED during the 210-day period. Plaintiffs may move to lift this stay if the merits of this action are not resolved within the 210-day period.

3. The Parties' Stipulation does not amount to an admission that Defendants are required to seek approval from OSMRE to enforce or otherwise apply the provisions of House Bill 576 and Senate Bill 392.

4. Defendants may continue to seek approval of House Bill 576 or Senate Bill 392 from OSMRE during the 210-day period from the date of this Order.

5. The Parties may communicate with OSMRE and other federal agencies regarding House Bill 576 or Senate Bill 392 during the 210-day period from the date of this Order.

6. Defendants shall file an Answer to Plaintiffs' Complaint by June 29, 2023, in accordance with the Federal Rules of Civil Procedure or within any extension approved by the Court.

7. The Parties may file motions on the merits during the 210-day period that the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is stayed.

8. The hearing on the Motion for Temporary Restraining Order and Preliminary Injunction previously set for June 29, 2023, is hereby VACATED.

DATED the 22nd day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court