FILED

SEP 13 2023

Clerk, U.S. Courts
District Of Montana
Billings Division

William W. Mercer
Matthew H. Dolphay
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 252-2166
wwmercer@hollandhart.com
mhdolphay@hollandhart.com

Bryson C. Smith (*pro hac vice admission forthcoming*)
Holland & Hart LLP
645 South Cache Street, Suite 100
P.O. Box 68
Jackson, Wyoming 83001-0068
Telephone: (307) 739-9741
bcsmith@hollandhart.com

ATTORNEYS FOR PROPOSED DEFENDANT-INTERVENOR
WESTMORELAND ROSEBUD MINING LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, SIERRA CLUB, WILDEARTH GUARDIANS, and CITIZENS FOR CLEAN ENERGY,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, CHRISTOPHER DORRINGTON, in his official capacity as director of Montana Department of Environmental Quality, and DAN WALSH, in his official capacity as Bureau Chief of the Mining Bureau of the Montana Department of Environmental Quality,<br><br>Defendants. | Case No. CV 23-28-GF-BMM<br><br>**STIPULATION REGARDING INTERVENTION OF WESTMORELAND ROSEBUD MINING LLC** |

Plaintiffs initially reserved their position regarding Westmoreland Rosebud Mining LLC's (Westmoreland) motion to intervene as a defendant in this action until after reviewing Westmoreland's motion.[1] Plaintiffs and Westmoreland hereby now stipulate to Westmoreland's intervention upon the following condition:

> As a condition to Westmoreland's intervention in this matter, Westmoreland agrees and stipulates not to seek to reopen the stay that the Montana Department of Environmental Quality (DEQ) has agreed to in this matter (Docs. 9, 10), ***unless*** the U.S. Office of Surface Mining Reclamation and Enforcement (OSMRE) approves House Bill 576 or Senate Bill 392. Should OSMRE approve either House Bill 576 or Senate Bill 392, Westmoreland is not precluded from seeking to reopen the stay.

Subject to the foregoing condition, Plaintiffs agree and stipulate to Westmoreland's intervention in this matter.

A proposed Order allowing Westmoreland to intervene in this matter subject to this condition is submitted herewith.

Dated this 13th day of September, 2023.

*/s/ Matthew H. Dolphay*
William W. Mercer
Matthew H. Dolphay
Holland & Hart LLP

*Attorneys for Proposed Defendant-Intervenor Westmoreland Rosebud Mining LLC*

---

[1] Defendants take no position on Westmoreland's motion to intervene.

2

*/s/ Shiloh Hernandez*
Shiloh Hernandez
Mary Cochenour
Earthjustice
313 East Main Street
Bozeman, MT  59772-4743
shernandez@earthjustice.org
mcochenour@earthjustice.org

*Attorneys for Plaintiffs Montana Environmental Information Center, Sierra Club, WildEarth Guardians, and Citizens for Clean Energy*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| _____ | CM/ECF |
| 1_____ | Hand Delivery |
| 2, 3, 4____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| 2, 3, 4____ | E-Mail |

1. Clerk, U.S. District Court

2. Shiloh Hernandez
   Mary Cochenour
   Earthjustice
   313 East Main Street
   Bozeman, MT  59772-4743
   shernandez@earthjustice.org
   mcochenour@earthjustice.org
   Counsel for Plaintiffs

3. Austin Knudsen
   Montana Attorney General
   Peter M. Torstensen, Jr.
     *Assistant Solicitor General*
   215 North Sanders
   P.O. Box 201401
   Helena, MT 59620-1401
   peter.torstensen@mt.gov

   Drew C. Ensign (*pro hac vice admission pending*)
   Drew C. Ensign, PLLC
   202 E. Earll Drive, Suite 490
   Phoenix, AZ 85004
   drewensignlaw@gmail.com

   Counsel for Proposed Defendant-Intervenor State of Montana

4

4.  Samuel King
    Jeremiah Langston
    Montana Department of Environmental Quality
    P.O. Box 200901
    1520 East Sixth Avenue
    Helena, MT 59620-0901
    Samuel.King@mt.gov
    Jeremiah.Langston2@mt.gov

    Attorneys for Defendant Montana Department of Environmental Quality

                                        */s/ Matthew H. Dolphay*
                                        Matthew H. Dolphay