Shiloh Hernandez
Mary Cochenour
Earthjustice
313 East Main Street
Bozeman, MT 59772-4743
(406) 586-9699
mcochenour@earthjustice.org
shernandez@earthjustice.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, SIERRA CLUB, WILDEARTH GUARDIANS, and CITIZENS FOR CLEAN ENERGY, | Case No. 4:23-cv-0028-BMM |
| | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |
| Plaintiffs, | |
| vs. | |
| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, CHRISTOPHER DORRINGTON, in his official capacity as director of Montana Department of Environmental Quality, and DAN WALSH, in his official capacity as Bureau Chief of the Mining Bureau of the Montana Department of Environmental Quality, | |
| Defendants. | |

Plaintiffs, Montana Environmental Information Center, Sierra Club, WildEarth Guardians, and Citizens for Clean Energy (Conservation Groups), together with Defendants, Montana Department of Environmental Quality (DEQ), Christopher Dorrington, in his official capacity as Director of DEQ, and Dan Walsh, in his official capacity as Bureau Chief of the Mining Bureau of DEQ (Defendants), jointly move this Court to sign and enter as a final judgment the Consent Decree, which is attached to this motion.

In support of this motion, the Parties state as follows:

1.      On June 1, 2023, the Conservation Groups filed the complaint in this matter alleging claims under the Surface Mining Control and Reclamation Act (SMCRA), 30 U.S.C. §§ 1201-1328, related to application and enforcement of two laws enacted by the 2023 Montana Legislature, House Bill 576 and Senate Bill 392. (Doc. 1.) The Conservation Groups sought both declaratory and injunctive relief. (*Id.* at 28, ¶¶ A–C.) The Conservation Groups subsequently moved for a temporary restraining order and preliminary injunction. (Doc. 4.)

2.      The Conservation Groups and Defendants then negotiated a stipulation in which Defendants agreed not to apply, effectuate, or enforce any provisions of House Bill 576 or Senate Bill 392 for 210 days and the Conservation Groups agreed to stay their motion for preliminary relief. (Doc. 9.) This Court entered an order approving the stipulation. (Doc. 10.)

2

3.    On September 11, 2023, the Conservation Groups filed an amended complaint, with the written consent of Defendants. (Doc. 21.) In the amended complaint, the Conservation Groups removed their request for declaratory relief related to House Bill 576 and Senate Bill 392, but retained their request for injunctive relief. (*Id.* at 28, ¶ A.)

4.    Since the Court entered its order approving the stipulation, the Parties have engaged in good faith negotiations, which have resulted in the Consent Decree.

5.    The Consent Decree was entered into by the Parties to ensure that House Bill 576 and Senate Bill 392 are not applied, effectuated, or enforced unless and until they have been approved as required by SMCRA, its implementing regulations, and the cooperative agreement between the State of Montana and the U.S. Department of the Interior. 30 C.F.R. § 732.17(b), (g), (h); *id.* § 926.30, art. XIV.A.

6.    The Consent Decree is fair, adequate, reasonable, and consistent with the public interest and the purposes of SMCRA. Entry of the Consent Decree will avoid potentially protracted litigation, and thereby conserve the resources of the courts and litigants.

The Parties respectfully request that this Court sign and enter the Consent Decree and the Proposed Order.

/s/ Shiloh Hernandez
Shiloh Hernandez
Mary Cochenour
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699
mcochenour@earthjustice.org
shernandez@earthjustice.org

*Counsel for Plaintiffs*

/s/ Samuel King
Samuel King
Jeremiah Langston
Montana Department
of Environmental Quality
1520 East Sixth Street Avenue
PO Box 2000901
Helena, MT 59620-0901
(406) 444-4961
Samuel.King@mt.gov
Jeremiah.Langston2@mt.gov

*Counsel for Defendants*