# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, SIERRA CLUB, WILDEARTH GUARDIANS, and CITIZENS FOR CLEAN ENERGY,<br><br>      Plaintiffs,<br><br>  v.<br><br>MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, CHRISTOPER DORRINGTON, in his official capacity as director of Montana Department of Environmental Quality, and DAN WALSH, in his official capacity as Bureau Chief of the Mining Bureau of the Montana Department of Environmental Quality,<br>      Defendants. | **CV-23-28-GF-BMM**<br><br>**ORDER** |

## INTRODUCTION

The Court held a telephonic status conference on October 10, 2023. The parties were present. The State of Montana and Westmoreland Rosebud Mining LLC, the parties seeking intervention, were also present. The Court heard the parties' positions regarding the joint motion for a consent decree. (Doc. 24.) A motions hearing is scheduled for Monday, October 16, 2023, in Helena, Montana. (Doc. 26.)

Accordingly, **IT IS ORDERED:**

1. The State of Montana and Westmoreland Rosebud Mining LLC may submit provisional briefs concerning the joint motion for a consent decree (Doc. 24) pending the Court's ruling on the parties' motions to intervene. (Doc. 12); (Doc. 18.)

2. The parties may simultaneously submit briefs concerning the joint motion for a consent decree. (Doc. 24.)

3. Such briefs must be submitted before 9:00 AM MST on Monday, October 16, 2023.

4. Such briefs are limited to 15 pages in length.

DATED this 11th day of October 2023.

_____
Brian Morris, Chief District Judge
United States District Court