# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, SIERRA CLUB, WILDEARTH GUARDIANS, and CITIZENS FOR CLEAN ENERGY,<br><br>      Plaintiffs,<br><br> v.<br><br>MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, CHRISTOPHER DORRINGTON, in his official capacity as Director of Montana Department of Environmental Quality, and DAN WALSH in his official capacity as Bureau Chief of the Mining Bureau of the Montana Department of Environmental Quality,<br>      Defendants,<br><br>     and<br><br>WESTMORELAND ROSEBUD MINING LLC, and AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>     Defendant-Intervenors. | **CV-23-28-GF-BMM**<br><br>**ORDER** |

## INTRODUCTION

The Court granted previously Plaintiffs' Montana Environmental Information Center, Sierra Club, WildEarth Guardians, and Citizens for Clean Energy (collectively "Plaintiffs") and Defendants' Montana Department of Environmental Quality, Christopher Dorrington, and Dan Walsh (collectively "Defendants") joint motion for a stay and stipulation on June 23, 2023. (Doc. 10.) The Court stayed consideration of Plaintiffs' motion for a temporary restraining order and preliminary injunction for 210 days. (*Id.*)

The Court subsequently extended the initial 210 day stay twice. (*See* Doc. 51); (Doc. 57.) The Court conducted a telephonic status conference on August 15, 2024, in Great Falls, Montana. The Court heard argument concerning the status of the Office of Surface Mining Reclamation and Enforcement's ("OSMRE") review of the two Montana statutes at issue in this action: House Bill 576 ("H.B. 576") and Senate Bill 392 ("S.B. 392"). The Court deems it prudent to extend the stay one final time while the OSMRE's review of H.B. 576 and S.B. 392 remains pending. The Court will consider the parties' substantive arguments should the review of H.B. 576 and S.B. 392 remain incomplete upon the expiration of the stay period.

## ORDER

Accordingly, **IT IS ORDERED:**

1. The Court extends the previous 210 days stay. The Court's stay shall last through October 15, 2024.

2. During the stay, the parties are ordered not to take any action to apply, effectuate, or enforce the provisions of H.B. 576 or S.B. 392.

3. The parties are ordered to file a status report with the Court upon the issuance of a decision from the OSMRE, or upon the expiration of the stay, whichever occurs first.

4. The Court will conduct an additional telephonic status conference if OSMRE fails to issue a decision as to either H.B. 576 or S.B. 392 within the stay period. The Court will be inclined to consider the parties' arguments to avoid the perpetual continuation of this action.

DATED this 15th day of August 2024.

_____
Brian Morris, Chief District Judge
United States District Court